UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04019
  JOSEPH WRIGHT
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER


          Debtor
  SSN XXX-XX-6141


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/11/2006 and was confirmed 07/19/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/20/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| GOVENMENT EMPLOYERS INSU | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| OHARE TOWING | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 04019 JOSEPH WRIGHT

| RMI/MCSI | UNSECURED | 9394.96 | .00 | 136.05 |
|---|---|---|---|---|
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| WESTLAKE COMMUNITY HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| STACY CAMPBELL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 11448.01 | .00 | 165.78 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,325.25 | | 2,325.25 |
| TOM VAUGHN | TRUSTEE | | | 150.92 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | 2,778.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 301.83 |
| ADMINISTRATIVE | | 2,325.25 |
| TRUSTEE COMPENSATION | | 150.92 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 2,778.00 | 2,778.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE